USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JIAFANG CHI,**

           Plaintiff,

- against -

**TANG PAVILION,**

           Defendant.

19 Civ. 5698 (LLS)

**ORDER**

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated:    New York, New York
           March 19, 2020

                                          Louis L. Stanton
                                          LOUIS L. STANTON
                                              U.S.D.J.